IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re: )
)
WILLIAM JESSE MOORE )
)
) Case No. 10-20845
) Chapter 7
Debtor(s). )

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 JUN -9 AM 11:41

TIM J. ELLIOTT

BY_____

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1.    That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid or that more than ninety days have passed since the Debtor's pro rated IRS Tax Refund check has been issued and a stop payment has been placed on the remaining unpaid check and reissued to the United States Bankruptcy Court in the amount of $ 1,040.18.

2.    That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| William Jesse Moore | 2296 Doane Lane<br>Casper, WY 82601 | $1,040.18 |

3.    That the Trustee's check for $ 1,040.18 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 08th day of June 2011.

/s/ Gary A. Barney
Gary A. Barney, Trustee

Printed: 06/07/11 09:22 AM                      **Stale Check Report**                                      Page: 1

**Trustee:** GARY A. BARNEY (670200)
**Case:**    10-20845 - MOORE, WILLIAM JESSE

| Account No. 9200-77909958-65 | | Check No. 1003 | Issued 06/07/11 | Payee Clerk - U.S. Bankruptcy Court | | | | | Check Amount $1,040.18 |
|---|---|---|---|---|---|---|---|---|---|
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-77909958-65 DEBT | | 1002 | 07/20/10 | 900 | WILLIAM JESSE MOORE 2296 DOANE LANE CASPER, WY 82601 | | 1,040.18 | 1,040.18 | 1,040.18 | 1,040.18 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.